AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:24-CV-00332-XR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Keller Williams Realty Inc.**
was recieved by me on **4/11/2024:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **COGENCY GLOBAL INC.**, who is designated by law to accept service of process on behalf of **Keller Williams Realty Inc.** at **1601 Elm St Suite 4360, Dallas, TX 75201** on **04/11/2024 at 12:42 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  04/11/2024

*Server's signature*

**Bilikis Afolabi**
*Printed name and title*

**6301 Windhaven Pkwy
209
Plano, TX 75093**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to COGENCY GLOBAL INC., REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black female contact with an accent.**





Tracking #: **0129646450**