UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARK ORTEGA, individually and on Behalf of all others similarly situated, *Plaintiff,* <br><br> v. <br><br> KELLER WILLIAMS REALTY, INC. *Defendant.* | Cause No. 5:24-cv-00332-XR |

**AGREED MOTION FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT**

Defendant, KELLER WILLIAMS REALTY, INC., moves this Court for an extension of time to June 3, 2024, to respond to Plaintiff's complaint in this cause. In support of this motion, Defendant states as follows:

1. Plaintiff filed this lawsuit on April 2, 2024. Defendant was served on April 14, 2024. Defendant's response is due within 21 days from the date of service, by May 2, 2024.

2. Defendant is requesting an additional 30 days to respond, making any response to the complaint due by June 3, 2024.

3. This Court has authority to grant this extension. Fed. R. Civ. P. 6(b)(A); Fact Sheet for Judge Xavier Rodriguez at no. 34.

4.      Good cause exists for granting the extension. Defendant would have waived service of summons if asked but was not given written notice by Plaintiff. Fed. R. Civ. P. 4(d)(1). Defendant needs additional time to examine the Complaint, investigate the allegations, and determine the appropriate answer and/or motion to file in response to the Complaint.

5.      Plaintiff's counsel, Paulina Almanza, has no objection to the extension of time to June 3, 2024, and no prejudice will result to any party as a result of the time extension. A copy of Plaintiff's counsel's consent to the requested extension is attached.

6.      Defendant prays that the Court sign the proposed order extending the time for Defendant to answer the complaint to June 3, 2024.

Dated: April 18, 2024

                                      Respectfully submitted,

                                      ROGERS & ELLIOTT, PLLC

                                      Stephan B. Rogers (TBN 17186350)
                                      *steve@retexlaw.com*
                                      Ross S. Elliott (TBN 24080685)
                                      *ross@retexlaw.com*
                                      Kelly P. Rogers (TBN 00788232)
                                      *kelly@retexlaw.com*
                                      309 Water Street, Suite 201
                                      Boerne, TX 78006
                                      (830) 816-5487

Fax: (866) 786-4777

*Counsel for Defendant,*
*Keller Williams Realty, Inc.*

Certificate of Service:

I certify that on April 18, 2024 a copy of this document was served on Paulina Almanza, attorney in charge for Plaintiff, through the Court's CM/ECF filing system.

Stephan B. Rogers