# Exhibit A

| | |
|---|---|
| **Subject:** | Re: Demand letter to Julia Jordan and KW |
| **Date:** | Wednesday, April 17, 2024 at 11:19:46 AM Central Daylight Time |
| **From:** | Paulina Almanza <paulina@almanza.legal> |
| **To:** | Kelly Rogers <kelly@retexlaw.com> |
| **CC:** | Stephan Rogers <steve@retexlaw.com>, Sara Elliott <sara@retexlaw.com> |
| **Attachments:** | image001.jpg |

Yes, that's fine.

-Paulina

**Paulina Almanza**
Attorney
Almanza Terrazas PLLC

**Phone:** 512-900-9248
**Email:** paulina@almanza.legal
**Mailing Address:** 13423 Blanco Rd, 8098,
San Antonio, Texas 78216

STATEMENT OF CONFIDENTIALITY: The contents of this e-mail and its attachments are intended solely for the addressee(s) hereof. In addition, this e-mail transmission may be confidential and it may be subject to privilege protected communications between attorneys and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipients(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments, if any.

On Tue, Apr 16, 2024 at 6:54 PM Kelly Rogers <kelly@retexlaw.com> wrote:

> Good evening, Paulina,
>
> We are in receipt of your lawsuit served on Keller Williams Realty, Inc.
>
> May we have a 30-day extension to file our response, please? I believe the response is currently due on May 2, so we are requesting an extension to June 3.
>
> Please let me know,

Kelly Putney Rogers

Rogers & Elliott, PLLC

Attorneys & Counselors at Law

309 Water Street, Suite 201

Boerne, TX  78006

(830) 816-5487

Fax: (866) 786-4777

www.retexlaw.com


By Appointment Only offices in

Houston and The Woodlands, TX


*CONFIDENTIALITY NOTICE: This communication, including attachments, is for the exclusive use of the addressee(s) and may contain proprietary, confidential or privileged information. If you are not the intended recipient, any use, copying, disclosure, or distribution or the taking of any action in reliance upon this information is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this communication and destroy all copies.*

---

**From:** Kelly Rogers <kelly@retexlaw.com>
**Date:** Tuesday, March 12, 2024 at 2:43 PM
**To:** paulina@almanza.legal <paulina@almanza.legal>
**Cc:** Stephan Rogers <steve@retexlaw.com>, Sara Elliott <sara@retexlaw.com>
**Subject:** Demand letter to Julia Jordan and KW

Good afternoon Paulina,

My firm has been retained to respond to your letter of March 5, 2024. Please give us a few days to investigate the situation and we will respond promptly.

Thank you!

Kelly Putney Rogers

ROGERS & ELLIOTT, PLLC

Attorneys & Counselors at Law

309 Water Street, Suite 201

Boerne, TX  78006

(830) 816-5487

Fax: (866) 786-4777

www.REtexlaw.com



*By Appointment Only offices in*

*Houston and The Woodlands, TX*

CONFIDENTIALITY NOTICE: This communication, including attachments, is for the exclusive use of the addressee(s) and may contain proprietary, confidential or privileged information. If you are not the intended recipient, any use, copying, disclosure, or distribution or the taking of any action in reliance upon this information is strictly prohibited. If you are not the intended recipient, please notify the sender immediately and delete this communication and destroy all copies.

**From:** Paulina Almanza <paulina@almanza.legal>
**Sent:** Tuesday, March 5, 2024 4:24 PM
**To:** juliajordanrealestate@gmail.com; loritillman@kw.com
**Subject:** Demand letter for unsolicited communications

Good afternoon,

Please see attached my client's demand letter.

Thank you,

Paulina

Paulina Almanza Attorney Almanza Terrazas PLLC Phone: 512-900-9248
Email: paulina@almanza.legal Mailing Address: 13423 Blanco Rd, 8098, San Antonio, Texas 78216
STATEMENT OF CONFIDENTIALITY: The contents of this e-mail and its attachments are intended solely for the addressee(s) hereof. In addition, this e-mail transmission may be confidential and it may be subject to privilege protected communications between attorneys and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipients(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments, if any.