# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

MARK ORTEGA, individually and on
Behalf of all others similarly situated,
*Plaintiff,*

v.

KELLER WILLIAMS REALTY, INC.
*Defendant.*

Civil Action 5:24-cv-00332-XR

### **ORDER**

Defendant KELLER WILLIAMS REALTY, INC.'s Agreed Motion for Extension of Time to Respond to Complaint is GRANTED. Defendant's response and/or motions in response to Plaintiff's complaint are due on or before June 3, 2024.

Date:


_____

Hon. Xavier Rodriguez, Presiding

Certificate of Service:

I certify that on April 18, 2024 a copy of this document was served on Paulina Almanza, attorney in charge for Plaintiff, through the Court's CM/ECF filing system.

Stephan B. Rogers