# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| MARK ORTEGA, individually and on behalf of all others similarly situated, *Plaintiff*, <br><br> v. <br><br> KELLER WILLIAMS REALTY, INC. *Defendant*. | Cause No. 5:24-cv-00332-XR |

**SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (UNOPPOSED)**

Defendant, KELLER WILLIAMS REALTY, INC., moves this Court for an extension of time to June 10, 2024, to respond to Plaintiff's complaint in this cause. In support of this motion, Defendant states as follows:

1. Plaintiff filed this lawsuit on April 2, 2024. Defendant was served on April 14, 2024. Defendant's response was due within 21 days from the date of service, by May 2, 2024.

2. Defendant previously requested and was granted an additional 30 days to respond, making the response to the complaint due by June 3, 2024.

3. This Court has authority to grant this extension. Fed. R. Civ. P. 6(b)(A); Fact Sheet for Judge Xavier Rodriguez at no. 34.

4. Good cause exists for granting the extension. Defendant's counsel Kelly Putney Rogers, who is working on the response, contracted a viral or bacterial infection which became debilitatingly symptomatic on May 28. This caused her to miss several days of work that would otherwise have been spent completing the response and obtaining meaningful review of same by KWRI in-house counsel. Because of the lost time due to illness and the need for client review and input, Defendant requests a short extension.

5. Plaintiff's counsel, Paulina Almanza, has graciously indicated she has no objection to the extension of time to June 10, 2024. No prejudice will result to any party as a result of the time extension. A copy of Plaintiff's counsel's consent to the requested extension is attached.

6. Defendant prays that the Court sign the proposed order extending the time for Defendant to answer the complaint to June 10, 2024.

Dated: May 31, 2024

Respectfully submitted,

ROGERS & ELLIOTT, PLLC

*Kelly Rogers* (signature)

Stephan B. Rogers (TBN 17186350)
*steve@retexlaw.com*
Ross S. Elliott (TBN 24080685)
*ross@retexlaw.com*
Kelly P. Rogers (TBN 00788232)
*kelly@retexlaw.com*
309 Water Street, Suite 201
Boerne, TX 78006
(830) 816-5487
Fax: (866) 786-4777

*Counsel for Defendant
Keller Williams Realty, Inc.*

Certificate of Service:

I certify that on May 31, 2024 a copy of this document was served on Paulina Almanza, attorney in charge for Plaintiff, through the Court's CM/ECF filing system.

*Kelly Rogers* (signature)

Kelly P. Rogers