# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| MARK ORTEGA, individually and on Behalf of all others similarly situated,<br>*Plaintiff,*<br><br>v.<br><br>KELLER WILLIAMS REALTY, INC.<br>*Defendant.* | Civil Action 5:24-cv-00332-XR |

## **ORDER**

Defendant KELLER WILLIAMS REALTY, INC.'s Unopposed Second Motion for Extension of Time to Respond to Complaint is GRANTED. Defendant's response and/or motions in response to Plaintiff's complaint are due on or before June 10, 2024.

Date:

_____

Hon. Xavier Rodriguez, Presiding

Certificate of Service:

I certify that on May 31, 2024 a copy of this document was served on Paulina Almanza, attorney in charge for Plaintiff, through the Court's CM/ECF filing system.

*Kelly Rogers*

Kelly P. Rogers