UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ORTEGA, individually and on behalf of all others similarly situated, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. SA-24-CV-00332-XR |
| KELLER WILLIAMS REALTY, INC., and KWWD, LLC | § § § § | |
| *Defendants*. | § § | |

**DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE AND/OR TO COMPEL IN REGARD TO THIS COURT'S SEPTEMBER 16, 2024 ORDER**

Defendants, KELLER WILLIAMS REALTY, INC. and KWWD, LLC, through their undersigned counsel, request this Court enter an order to show cause and/or to compel in regard to this Court's September 16, 2024 order, ECF No. 25, and state:

1. On September 16, 2024, this Court, in part, ordered: "that the Plaintiff(s) confer with the Defendant(s) as required by Fed. R. Civ. P. 26(f) to submit (1) a proposed scheduling order and (2) a Rule 26(f) Report … for the Court's consideration by October 16, 2024." ECF No. 25.

2. On September 26, 2024, counsel for plaintiff proposed that the parties confer telephonically on October 7, 2024 at 2:00 pm CT regarding the Court ordered proposed scheduling order and Rule 26(f) Report.

3. Counsel for both defendants agreed to participate in this telephonic conference.

_____
**Defendants' Motion for Order to Show Cause
and/or to Compel**   **Page 1 of 4**
Case 5:24-cv-00332-XR; *Mark Ortega, et al. v. Keller Williams Realty, Inc., et al.*

4. On October 7, 2024, at 9:27 am CT, counsel for plaintiff wrote counsel for defendants, indicating that she needed to reschedule the conference and requesting the conference be rescheduled for Wednesday, October 9, 2024.

5. On October 7, 2024, counsel for defendant KWWD, LLC indicated that Wednesday, October 9, 2024 was unavailable, but offered Tuesday, October 8, 2024 and Thursday, October 10, 2024, as available dates.

6. Plaintiff did not respond.

7. On Friday, October 11, 2024, counsel for defendants again attempted to communicate with counsel for plaintiff, proposing that the previously cancelled conference be rescheduled to October 15, 2024. Counsel for defendant KWWD, LLC also provided some broad proposed terms for the proposed scheduling order and Rule 26(f) Report.

8. Plaintiff did not respond.

9. On October 14, 2024, counsel for defendant KELLER WILLIAMS REALTY, INC. wrote plaintiff as follows:

"Ms. Almanza,

What is the status of your availability for this Rule 26 conference?
We have not received a response from you since you unilaterally cancelled the (court ordered) conference last Monday."

10. Plaintiff did not respond.

11. On October 15, 2024, counsel for defendant KELLER WILLIAMS REALTY, INC. wrote plaintiff as follows:

"Ms. Almanza,

The court has ordered us to confer and file a report.
If you do not respond, we will have to notify the Court that you are not in compliance with the court order.
Please advise.

_____
Defendants' Motion for Order to Show Cause
and/or to Compel                                   Page 2 of 4
Case 5:24-cv-00332-XR; *Mark Ortega, et al. v. Keller Williams Realty, Inc., et al.*

Thank you."

12. Plaintiff did not respond.

13. As a result, faced with the deadlines set by this Court's September 16, 2024 order, ECF No. 25, defendants see no other choice than to bring this motion to the Court seeking entry of an order to show cause and/or to compel in regard to this Court's September 16, 2024 order, ECF No. 25.

14. Plaintiff should show cause as to why plaintiff has failed to confer with defendants as ordered and/or should be compelled to confer as ordered, or else this case should be dismissed for want of prosecution.

Date: October 16, 2024                      Respectfully submitted,

                                               */s/ Todd P. Stelter*
Todd P. Stelter
Admitted Pro Hac Vice
tstelter@hinshawlaw.com
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
telephone: 312-704-3000
facsimile:  312-704-3001

C. Charles Townsend
SBN: 24028053, FBN: 1018722
ctownsend@hinshawlaw.com
Alfredo Ramos
SBN: 24110251, FBN:  3687680
framos@hinshawlaw.com
HINSHAW & CULBERTSON LLP
1717 Main Street, Suite 3625
Dallas, Texas 75201
telephone: 945-229-6380
facsimile:  312-704-3001

**ATTORNEYS FOR DEFENDANT
KELLER WILLIAMS REALTY, INC.**

**Defendants' Motion for Order to Show Cause
and/or to Compel**                                   **Page 3 of 4**
Case 5:24-cv-00332-XR; *Mark Ortega, et al. v. Keller Williams Realty, Inc., et al.*

/s/ Kelly P. Rogers
Kelly P. Rogers
SBN 00788232
kelly@retexlaw.com
Stephan B. Rogers
SBN 17186350
steve@retexlaw.com
ROGERS & ELLIOTT, PLLC
309 Water St., Ste 201
Boerne, TX 78006
Telephone: 830-816-5487
Facsimile: 866-786-4777

**ATTORNEYS FOR DEFENDANT KWWD, LLC**

## CERTIFICATE OF CONFERENCE

I have made several attempts to confer with Mr. Ortega's counsel (several times between October 7, 2024 and October 11, 2024, and also on both October 14, 2024 and October 15, 2024) regarding the requested relief in this motion and have not received a response.

*/s/ Todd P. Stelter*
Todd P. Stelter

## CERTIFICATE OF SERVICE

A true and correct copy of this document was served on October 16, 2024 as follows:

Paulina Almanza
Almanza Terrazas, PLLC
13423 Blanco Rd., PMB 8098
San Antonio, Texas 78216
Telephone: 512-900-9248
Email: paulina@almanza.legal
**VIA CM/ECF SYSTEM**

*/s/ Todd P. Stelter*
Todd P. Stelter