IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

NOV 2 0 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
              DEPUTY

| | |
|---|---|
| MARK ORTEGA, individually and on behalf of all others similarly situated, § § § § | |
| Plaintiff, § | Case No. SA-24-CV-00332-XR |
| vs. § § | |
| KELLER WILLIAMS REALTY, INC., and KWWD, LLC § § § | |
| Defendant. § | |

## NOTICE OF INTENT TO PROCEED PRO SE AND CORRECTION OF ADDRESS

I, Mark Ortega, am the Plaintiff in the above-referenced case. I am writing to formally notify the Court of my intention to proceed with this case pro se, representing myself on my individual claims.

I understand that my previous attorney, Paulina Almanza, has been granted leave to withdraw as my counsel by the Court's Order dated October 24, 2024 (ECF No. 30). I am also aware that the Court's Order requires me to inform the Court by December 2, 2024, whether I intend to proceed without counsel, obtain new counsel, dismiss the case, or request additional time.

I choose to proceed pro se and will represent myself going forward in this matter concerning my individual claims.

Furthermore, I would like to bring to the Court's attention that the address listed in the Motion to Withdraw Counsel (ECF No. 30) is incorrect. My correct address is 152 Bedingfeld Dr, San Antonio, TX 78231. I respectfully request that the Court and opposing counsel direct all future correspondence and pleadings to me at this corrected address.

                                          Respectfully submitted,

DATED this 18th day of November 2024.       Mark Ortega

*/s/ Mark Ortega*

Mark Ortega, Plaintiff
152 Bedingfeld Dr
San Antonio, TX 78231
Telephone: 210-744-9663
Email: mortega@utexas.edu

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2024, I traditionally filed the foregoing with the Clerk of Court, which sent notification of such filing to the Court and counsel.

_____
Mark Ortega

Mark Ortega
152 Bedingfeld Dr
San Antonio, TX 78231

RECEIVED
NOV 20 2024
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
18 NOV 2024 PM 3 L

U.S. District Clerk's Office
262 West Nueva Street 1-400
San Antonio, TX 78207



78207-453150