**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MARK ORTEGA, individually and on behalf of all others similarly situated, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. SA-24-CV-00332-XR |
| KELLER WILLIAMS REALTY, INC., and KWWD, LLC | § § § | |
| *Defendants.* | § § | |

**ORDER DISMISSING CLASS ALLEGATIONS AND CLAIMS**

Having considered Defendants KELLER WILLIAMS REALTY, INC.'s and KWWD, LLC's Motion to Dismiss or Strike Class Allegations and Claims, the Court finds that good cause exists and that the motion should be GRANTED.

IT IS THEREFORE ORDERED that all class action claims and allegations against KWWD, LLC are DISMISSED WITH PREJUDICE.

Signed on the _____ day of _____, 202__.


_____
UNITED STATES DISTRICT JUDGE