UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARK ORTEGA, individually and on Behalf of all others similarly situated, *Plaintiff,*  v.  KELLER WILLIAMS REALTY, INC. *Defendant.* | Cause No. 5:24-cv-00332-XR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Mark Ortega and Defendants Keller Williams Realty, Inc. (now known as Keller Williams Realty, LLC), KWWD, LLC, ILMC, LLC and Kameryn Cortez hereby stipulate that Plaintiff's claims in this action shall be dismissed with prejudice, with each party bearing their own respective fees and costs.

[Signatures on Next Page]

SO STIPULATED:


/s/ *Mark Ortega* with permission by Kelly Rogers

_____
Mark Ortega
P.O. Box 702099
San Antonio, TX 78231
Tel: 210-744-9663
mortega@utexas.edu

*Plaintiff – Pro Se*



_____
Stephan B. Rogers (TBN 17186350)
Kelly P. Rogers (TBN 00788232)
309 Water Street, Suite 201
Boerne, TX 78006
Tel: 830-816-5487
Fax: (866) 786-4777
steve@retexlaw.com
kelly@retexlaw.com

*Counsel for Defendants,*
*KWWD, LLC, ILMC, LLC & Kameryn Erika Cortez*


/s/ *Todd Stelter* with permission by Kelly Rogers

_____
Todd Stelter
Todd P. Stelter (Illinois 6278521)
Attorney in Charge (admitted pro hac vice)
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500

Chicago, Illinois 60606
Tel: 312-704-3000
Fax: 312-704-3001

C. Charles Townsend
SBN: 24028053, FBN: 1018722
Alfredo Ramos
SBN: 24110251, FBN: 3687680
HINSHAW & CULBERTSON LLP
1717 Main Street, Suite 3625
Dallas, Texas 75201
Tel: 945-229-6380
fax: 312-704-3001
ctownsend@hinshawlaw.com
framos@hinshawlaw.com

*Counsel for Defendant, Keller Williams Realty, Inc., now known as Keller Williams Realty, LLC*

## Certificate of Service:

I certify that on March 5, 2025 a copy of this document was served on all parties through the Court's CM/ECF filing system.

_____
Kelly Rogers